UNITED STATES SHOE CORP., PLAINTIFF *v.* UNITED STATES, DEFENDANT

Court No. 94–11–00668

(Dated December 4, 1995)

## ORDER

Before: The HONORABLE DOMINICK L. DICARLO, *Chief Judge,* and JANE A.
    RESTANI and R. KENTON MUSGRAVE, *Judges:*

Upon consideration of defendant's motion for a stay of enforcement of judgment, it is hereby

ORDERED that defendant's motion is GRANTED; and it is further

ORDERED that execution of the money judgment awarded and the effect of the declaratory and injunctive relief granted are stayed until the later of (1) the expiration of the period for filing a notice of appeal; or (2) the conclusion of any appellate proceedings.